UST-31, 3-03

BRIAN J. MULLEN
Bankruptcy Trustee
P.o. Box 32247
Phoenix, AZ  85064
(602) 283-4468

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| ANDERSON, NOLA | ) | CASE NO. 08-11599-PHX-RJH |
| | ) | |
| | ) | PETITION TO PAY |
| Debtor(s) | ) | DIVIDEND IN AMOUNT LESS |
| | ) | THAN $5.00 TO THE CLERK OF |
| | ) | THE U.S. BANKRUPTCY COURT |

   BRIAN J. MULLEN, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 1 | Aiken, Schenk, Hawkins & Ricciardi PC<br>fka  Hebert Schenk PC<br>Phillip R. Rupprecht<br>4742 N. 24th Street, Suite 100<br>Phoenix, AZ   85016 | $2.14 |
| 2 | LVNV Funding, LLC<br>Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC  29603-0587 | $ .13 |
| 3 | American Express Travel Related Services<br>c/o Becket and Lee, LLP<br>P.O. Box 3001<br>Malvern, PA  19355-0701 | $1.37 |

December 10, 2010                                    /s/
        DATE                                                    BRIAN J. MULLEN, TRUSTEE